NASSAU ELECTRIC R. CO. v. SPRAGUE ELECTRIC RAILWAY & MOTOR CO.

(Circuit Court of Appeals, Second Circuit. May 25, 1899.)

No. 155.

APPEALABLE DECREES—VIOLATION OF INJUNCTION.

An order imposing a fine for violation of a preliminary injunction cannot be reviewed except upon an appeal from the final decree in the cause.

In Error to the Circuit Court of the United States for the Eastern District of New York.

This was a suit in equity by the Sprague Electric Railway & Motor Company against the Nassau Electric Railroad Company for infringement of the Sprague patent, No. 324,892, for an electric railway motor. A preliminary injunction having been granted, a motion was subsequently made to punish the defendant for contempt in violating the same, and a fine was accordingly imposed by the court. See 91 Fed. 786. To review this order, the present writ of error was sued out.

Wm. H. Kenyon, for plaintiff in error.

Frederick H. Betts, for defendant in error.

Before WALLACE and SHIPMAN, Circuit Judges.

PER CURIAM. This is a writ of error by the defendant in the court below to review an order imposing a fine for the violation of a preliminary injunction, the action being brought to restrain the infringement of a patent. Upon the authority of the Debs Case, 158 U. S. 564–573, 15 Sup. Ct. 900, we are constrained to hold that the order cannot be reviewed except upon an appeal from the final decree in the cause. The writ of error is dismissed.